DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALLISON L. FRIEDMAN** and **ALLISON L. FRIEDMAN, P.A.,**
Appellant/Cross-Appellee,

v.

**MIRJANA GOFORTH, STUART E. GOLDBERG,** as individuals, and
**LAW OFFICES OF STUART E. GOLDBERG, P.L.,**
a Florida professional limited liability company,
Appellees/Cross-Appellant.

No. 4D20-621

[May 6, 2021]

Appeal and cross appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502018CA007902.

Allison L. Friedman of Allison L. Freidman, P.A., Aventura, for appellant/cross-appellee.

Robert A. Stok and Michael E. Bonner of Stok Kon + Braverman, Fort Lauderdale, for appellee/cross-appellant Mirjana Goforth.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***